**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-23252-ALTMAN**

**CARLOS JOSE MARCELO RIVERO**,

*Petitioner*,

*v.*

**GARRET RIPA**, *et al.*,

*Respondents.*
_________________________________/

**ORDER**

Our Petitioner, Carlos Jose Marcelo Rivero, has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [ECF No. 1]. Rivero challenges the lawfulness of his detention in the custody of U.S. Immigration and Customs Enforcement ("ICE"). *See generally* Pet. But the Respondents now tell us that Rivero "was released on an Order of Supervision" and the "Petitioner's [P]etition is moot." Notice of Release [ECF No. 9].

A case becomes moot "when it no longer presents a live controversy with respect to which the court can give meaningful relief." *Ethredge v. Hail*, 996 F.2d 1173, 1175 (11th Cir. 1993). And, "[i]f events that occur subsequent to the filing of a lawsuit or an appeal deprive the court of the ability to give the [petitioner] . . . meaningful relief, then the case is moot and must be dismissed." *Al Najjar v. Ashcroft*, 273 F.3d 1330, 1336 (11th Cir. 2001) (cleaned up).

Here, Rivero was "[r]eleased" on an "[o]rder of supervision." Detention History [ECF No. 9-1] at 1. The issue, then, is "whether [the] petitioner's subsequent release caused the petition to be moot because it no longer presented a case or controversy[.]" *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (cleaned up). Since Rivero's only request for relief was that we "[i]ssue a Writ of Habeas Corpus ordering [the] Respondent to release [the] Petitioner immediately from custody," there is no present controversy.

Pet. at 15; *see, e.g.*, *France v. Ripa*, 2025 WL 973532, at *3 (S.D. Fla. Apr. 1, 2025) (Altman, J.) (dismissing the petition as moot where the petitioner "claimed that his mandatory detention without a bond hearing violated due process, but now (to state the obvious) he[ ] [was] no longer in ICE's custody and thus no longer need[ed] a bond hearing").

We therefore **ORDER AND ADJUDGE** that Rivero's Petition [ECF No. 1] is **DISMISSED** as moot. All pending motions are **DENIED** as moot, and all deadlines are **TERMINATED**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on October 31, 2026.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record